IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| LUIS LEDESMA and DAVID PAUL GONZALES, <br><br> Plaintiffs, <br><br> vs. <br><br> AIRBUS HELICOPTERS, INC. <br><br> Defendant. | ) ) ) ) ) ) CIVIL ACTION NO. 3:15-cv-00177 ) ) ) ) ) |

**DEFENDANT AIRBUS HELICOPTERS, INC.'S**
**DISCLOSURE OF INTERESTED PARTIES**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order (ECF No. 2), which Defendant Airbus Helicopters, Inc. ("AHI") received on July 30, 2015, AHI submits its Disclosure of Interested Parties and discloses the following persons and other entities that are believed to be financially interested in the outcome of this litigation:

American Helicopters, Inc.;

Airbus Group, Inc., which is Airbus Helicopters, Inc.'s parent;

Luis Ledesma; and

David Paul Gonzales.

1

Dated: August 14, 2015

Respectfully submitted,

*/s C. Scott Jones*
C. Scott Jones
Attorney-in-Charge
  Texas Bar No. 24012922
  S.D. No. 30151
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8761
Facsimile: (214) 740-8800

*Of Counsel:*

Joseph J. Ortego
  New York Bar No. 1673805
**NIXON PEABODY LLP**
437 Madison Avenue
New York, NY 10022-7039
Telephone:  (212) 940-3045
Facsimile:  (866) 947-2079

Eric C. Strain
  California Bar No. 203834
**NIXON PEABODY LLP**
One Embarcadero Center, Suite 1800
San Francisco, CA  94111-3600
Telephone:  (415) 984-8373
Facsimile:  (415) 984-8300

**ATTORNEYS FOR DEFENDANT
AIRBUS HELICOPTERS, INC.**

### CERTIFICATE OF SERVICE

I certify that on August 14, 2015, a copy of the this pleading has been forwarded to all unrepresented individuals and all counsel of record by the Court's CM/ECF electronic notice system, telecopy transmission, email, hand delivery, or by placing same in the U.S. Mail, postage prepaid.

*/s/ C. Scott Jones*
C. Scott Jones