UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:15-cv-00177 |
|---|---|---|---|
|  | LUIS LEDESMA and DAVID PAULGONZALES | | |
|  | *versus* | | |
|  | AIRBUS HELICOPTERS, INC., f/k/a AMERICAN EUROCOPTER CORP. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joseph Ortego<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY  10022-7739<br>212-940-3000  jortego@nixonpeabody.com<br>New York:  1673805 |
|---|---|

| Name of party applicant seeks to appear for: | Airbus Helicopters,<br>f/k/a/ American Eurocopter Corp. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/1/2015 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice.* |
|---|---|

Dated: _____     _____
                                                            United States District Judge